**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 10, 2017
Docket #: 17-1464cr
Short Title: United States of America v. Litvak

DC Docket #: 3:13-cr-19-1
DC Court: CT (NEW HAVEN)
DC Judge: Hall

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for bail filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, August 15, 2017 at 10:00 am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8594.